IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BERT MULLINS, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:23-cv-00210-O |
| THE CITY OF FORT WORTH, *et al.*, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Having determined that dismissal is appropriate in this case, the Court now enters this Final Judgment pursuant to Fed. R. Civ. P. 58(a). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

(1) All claims against Defendants City of Fort Worth, Ronald Snyder, Burt Robinson, and James Alex are **DISMISSED with prejudice**;

(2) All claims against Defendants Cook Children's Medical, Inc., Walter Thomas, Michael Thomas, and Erica Tyree are **DISMISSED without prejudice**; and

(3) This Order fully and finally resolves all issues between Plaintiff and Defendants and may be appealed. Any relief not specifically granted in this Judgment is **DENIED** and any parties not otherwise disposed of are **DISMISSED**.

**SO ORDERED** on this **19th day** of **January, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE